IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANCER INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | NO. 14-04201 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE MUTUAL | : | |
| INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **9th** day of **June, 2015**, for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED**:

(1) The Motion for Judgment on the Pleadings (ECF Nos. 26 & 27) is **DENIED**.

(2) The case is **DISMISSED** without prejudice.

**AND IT IS SO ORDERED.**

          **/s/ Eduardo C. Robreno**
          **EDUARDO C. ROBRENO, J.**